UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| BENJAMIN LOGAN WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:15-cv-74-CLC-SKL |
| ) | |
| HAMILTON COUNTY, TENNESSEE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is a motion to withdraw as attorney of record filed by Plaintiff's counsel, James Friauf [Doc. 22]. The motion fails to comply with the requirements of E.D. Tenn. L.R. 83.4. Because the pending motion to withdraw does not fully comply with Local Rule 83.4(g), the Court lacks sufficient information to comfortably consider the motion or schedule a hearing on the motion. Accordingly, Attorney James Friauf's motion to withdraw [Docs. 22] is **DENIED WITHOUT PREJUDICE** to the refiling of a proper motion to withdraw or substitute counsel that fully complies with the applicable local rules. Nothing in this order affects Attorney Friauf's continuing duties to Plaintiff.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE